IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| 176P15 | State v. Michael Thurman Hall | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-947) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State of North Carolina' Motion to Dismiss Appeal | 3. Allowed |
| 177P15 | Jack Fowler and Janice Frohman, Individually and as Co-Trustees of a Protective Trust by and on Behalf of Mildred and Buford Fowler v. Norman C. Riddle and Norman C. Riddle, P.A. | Plts' PDR Under N.C.G.S. § 7A-31 (COA14-945) | Denied |
| 179P15 | State v. Cecil Harold Jones | 1. Def's Notice of Appeal Based Upon a Constitutional Question | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 181P15 | Justin Lloyd v. Daniel Bailey, in his individual and official capacity as Sheriff of Mecklenburg County, and Ohio Casualty Insurance Company | 1. Plt's Notice of Appeal Based Upon a Constitutional Question (COA14-935) | 1. — |
| | | 2. Plt's PDR Under N.C.G.S. § 7A-31 | 2. Allowed |
| | | 3. Defs' Motion to Dismiss Appeal | 3. Allowed |
| | | 4. Plt's Motion to Consolidate and/or Stay | 4. Denied |
| 182A15 | State v. Adam Jarmal Hodge | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA14-724) | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| 183P15 | In the Matter of the Foreclosure of Deed of Trust Executed by Jason Brian Vicks and Mekeisha Vicks Dated February 12, 2007 and Recorded in the Union County Public Registry, North Carolina | 1. Defs' *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA14-222) | 1. — |
| | | 2. Defs' *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Trustee's Motion to Dismiss Appeal | 3. Allowed |